UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ROGER PUSHOR | ) |
| | ) |
| v. | ) CIVIL NO. 2:17-cv-00354-NT |
| | ) |
| MOUNT WASHINGTON OBSERVATORY INC | ) |

J U D G M E N T

In accordance with the Order on Defendant's Motion to Dismiss entered by United States Chief District Judge Nancy Torresen on May 17, 2018,

Judgment of Dismissal is hereby entered.

Dated this 18th day of May, 2018.

                                                    CHRISTA K. BERRY
                                                  CLERK


                                By:    /s/ Jenifer Bennett
                                              Deputy Clerk